IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SEABRUN W. HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-0252-CV-W-SWH |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

Pending before the Court is plaintiff's Application For Attorney Fees Pursuant To The Equal Access To Justice Act (EAJA). (Doc. # 21) The motion requests an award of fees in the amount of $3,861.75 which represents 27.1 hours of attorney time at the rate of $142.50 per hour and costs in the amount of $150.00[1]. Defendant's Response To Plaintiff's Application For Attorney Fees Pursuant To The Equal Access To Justice Act states that the parties have agreed to an award of EAJA fees in the amount of $3,400.00. (Doc. # 25) Accordingly, it is

ORDERED that plaintiff's Application For Attorney Fees Pursuant To The Equal Access To Justice Act (EAJA) (doc. # 21) is granted. Attorney fees in the amount of $3,400.00 are hereby awarded under the EAJA. It is further

ORDERED that pursuant to 31 U.S.C. § 1304 plaintiff is reimbursed $150.00 for the United States District Court filing fee from the Judgment Fund administered by the United States Treasury Department.

*/s/ Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE

---

[1] Exhibit B reflects that the expense of $150.00 was for the federal court filing fee. The parties agreement as set forth in defendant's response indicates that the parties have agreed to an award of EAJA fees. As the response does not indicate that the agreement is for both fees and expenses, the Court assumes the parties intended the Court to award plaintiff the filing fee.