**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**


**JUDGMENT IN A CIVIL CASE**

SEABRUN W. HUNTER,

      Plaintiff,

     v.                            Case No. 04-0252-CV-W-SWH

JO ANNE B. BARNHART,

      Defendant(s).


__    **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **XX**   **Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

    **IT IS ORDERED**

      that plaintiff's Motion Or Application For Attorney Fees Under The Equal Access To Justice Act (doc. # 21) is granted. Attorney fees in the amount of $3,400.00 are hereby awarded.

    **IT IS FURTHER ORDERED**

      that pursuant to 31 U.S.C. § 1304 plaintiff is reimbursed $150.00 for the United States District Court filing fee from the Judgment Fund administered by the United States Treasury Department.


July 11, 2005                     PATRICIA L. BRUNE
Date                               Clerk of the Court


                               */s/ Bonnie J. Rowland*
                              (by) Deputy Clerk